# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130639

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

FLOYD PHILLIP ALFRED, a/k/a
FLOYD PHILLIP ALFORD,
        Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130639
COA: 262812
Wayne CC: 95-000820-01

_____/

        On order of the Court, the application for leave to appeal the January 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

Clerk

s0619